IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:04-CR-240-P |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
|     also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | ECF |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE FOR NON-PARTY ISLAMIC SOCIETY OF NORTH AMERICA AND NON-PARTY NORTH AMERICAN ISLAMIC TRUST'S MOTION FOR EQUITABLE RELIEF**

The United States, with the consent and agreement of Non-Parties Islamic Society of North America (ISNA) and North American Islamic Trust (NAIT), hereby moves the Court to enter the following briefing schedule with respect to the pending motion for Equitable Relief:

The Government's Opposition to the motion will be filed no later than July 10, 2008;

ISNA and NAIT's Reply will be filed no later than July 21, 2008.[1]

This briefing schedule is requested to permit each side sufficient time to fully address the issues raised by the motion.

July 2, 2008

                                           Respectfully submitted,

                                           RICHARD ROPER
                                           United States Attorney
                                           Northern District of Texas

                                           By:   *James T. Jacks*
                                           JAMES T. JACKS
                                           BARRY JONAS
                                           ELIZABETH J. SHAPIRO
                                           Assistant United States Attorneys
                                           1100 Commerce St., Third Floor
                                           Dallas, Texas 75242
                                           214.659.8600
                                           214.767.2898  (facsimile)
                                           jim.jacks@usdoj.gov
                                           barry.jonas@usdoj.gov
                                           elizabeth.shapiro@usdoj.gov

---

[1] The defendants have indicated that they do not oppose the relief sought by the motion.

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE FOR NON-PARTY ISLAMIC SOCIETY OF NORTH AMERICA AND NON-PARTY NORTH AMERICAN ISLAMIC TRUST'S MOTION FOR EQUITABLE RELIEF - Page 2**

CERTIFICATE OF CONFERENCE

The government has conferred with counsel for the petitioners ISNA and NAIT, who has advised that they are in agreement with this motion and the proposed briefing schedule.

                */s/ Elizabeth J. Shapiro*
                Elizabeth J. Shapiro
                Attorney, U.S. Dept. Of Justice

CERTIFICATE OF SERVICE

This is to certify that a true copy of this motion was electronically served upon all counsel of record including counsel for petitioners ISNA and NAIT by way of the court's electronic case filing system on this   2nd   day of July, 2008.

                */s/  James T. Jacks*
                JAMES T. JACKS
                Assistant United States Attorney