IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:04-CR-240-P |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
| also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | **ECF** |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

## GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

| New Exhibit # | Former Exhibit # | Description | Admitted |
|---|---|---|---|
| | | | |
| | | **Search Warrants** | |
| | | | |
| Ashqar Search-1 | 004-0001 | List of names and phone numbers | |
| Ashqar Search-2 | 004-0006 | Report dated 6/10/1991 | |
| Ashqar Search-3 | 004-0007 | List of names and phone numbers | |
| Ashqar Search-4 | 004-0008 | Handwritten document dated 10/2-3/1993 | |
| Ashqar Search-5 | 004-0021 | A suggested work paper re: re-arranging the frame of work inside | |
| Ashqar Search-6 | 004-0009 | Handwritten notes with various dates and phone numbers | |
| Ashqar Search -7 | ASH1590 | Meeting with Iranians | |
| Ashqar Search -8 | ASH402 | Meeting minutes | |

**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST - PAGE 1**

| | | | |
|---|---|---|---|
| Elbarasse Search-1 | 003-0003 | Shura Council Report on the future of the Group dated 10/25/1991 | |
| Elbarasse Search-2 | 003-0089 | Audio Tape #T13-T18 | |
| Elbarasse Search-3 | 003-0085 | "An Explanatory Memorandum on the General Strategic Goal for the Group in North America" | |
| Elbarasse Search-4 | 003-0064 | Handwritten document regarding the Shura Council | |
| Elbarasse Search-5 | 003-0015 | Pamphlet containing an internal memo of the IAP October 1992 | |
| Elbarasse Search-6 | ISE-SW1B7700 02178 | Mohammad Adlonni AT&T phone records | |
| Elbarasse Search-7 | 003-0017 | A suggestion to Amend the Bylaws of the Central Committee dated 4/2/1991 | |
| Elbarasse Search-8 | 003-0008 | Occupied Land Fund Report | |
| Elbarasse Search-9 | 003-0092 | Implementation Manual For the Group's Plan for the Year (1991-1992) | |
| Elbarasse Search-10 | 003-0001 | Central Committee Org. Chart for the Year 1991 | |
| Elbarasse Search-11 | 003-0050 | Meeting Agenda of the Financial Committee dated 2/18/1989 | |
| Elbarasse Search-12 | 003-0049 | Handwritten document regarding the "Association" | |
| Elbarasse Search-13 | 003-0005 | Palestine Committee Report | |
| Elbarasse Search-14 | 003-0023 | Palestine Committee Report | |
| Elbarasse Search-15 | 003-0019 | Resolutions relating to the OLF dated 2/22/1991 | |
| Elbarasse Search-16 | 003-0018 | Meeting agenda for the M. Sh. Of the Association dated 5/30/1990 | |
| Elbarasse Search-17 | 003-0011 | Report of operations for Ezz El-din al-Qassam Brigades | |
| Elbarasse Search-18 | 003-0065 | Letter from Islamic Relief Committee dated 8/12/1992 | |
| Elbarasse Search-19 | 003-0078 | Business meeting for the Palestine Committee meeting on 7/20/94 | |

**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST – PAGE 2**

| | | | |
|---|---|---|---|
| Elbarasse Search-20 | 003-0084 | Videotape 185 | |
| Elbarasse Search-21 | 003-0073 | Video Tape #195 | |
| Elbarasse Search-22 | 003-0007 | Letter to Shukri dated 7/14/1991 | |
| Elbarasse Search-23 | 003-0075 | Video Tape #138 | |
| Elbarasse Search-24 | 003-0029 | List of names and phone numbers | |
| Elbarasse Search-25 | 003-0037 | Business cards | |
| Elbarasse Search-26 | 003-0054 | Business cards | |
| Elbarasse Search-27 | 003-0081 | Palestine-The Second Conference | |
| Elbarasse Search-28 | 003-0022 | Handwritten IAP flyer | |
| Elbarasse Search-29 | 003-0045 | List of individuals and amounts and invoices for IAP | |
| Elbarasse Search-30 | 003-0061 | Wire transfer dated 2/1/1991 | |
| Elbarasse Search-31 | 003-0026 | Pamphlet containing bylaws of the Palestine Committee | |
| Elbarasse Search-32 | 003-0074 | Video Tape #B275 | |
| Elbarasse Search-33 | 003-0077 | Video Tape #B214 | |
| Elbarasse Search-34 | 003-0079 | 1992 Phone Directory | |
| Elbarasse Search-35 | ISE-SW1B7600 00862 | Phone # 4 Hamas Syria rep | |
| Elbarasse Search-36 | 003-0060 | Checks from Various Marzook Accounts | |
| Elbarasse Search-37 | 003-0043 003-0070 | First American Bank of Va Acct #8179 Checks | |
| Elbarasse Search-38 | 003-0056 003-0067 | First American Bank of Va Acct #8360 Checks | |
| Elbarasse Search-39 | 003-0032 | Ruston State Bank Acct #9212 Checks | |
| Elbarasse Search-40 | 003-0068 003-0069 | Ruston State Bank Acct #7083 Checks | |
| | | | |
| HLF Search-1 | 001-0045 | State of New Jersey Initial Registration | |
| HLF Search-2 | 001-0193 | Spreadsheet containing list of employees | |
| HLF Search-3 | 001-0059 001-0060 | HLF Weekly Report Checklist | |
| HLF Search-4 | | RESERVED | |
| HLF Search-5 | 001-0332 | Board Meeting minutes February 16-18, 1991 | |

**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST - PAGE 3**

| | | | |
|---|---|---|---|
| HLF Search-6 | 001-0010 | Agreement dated June 1994 | |
| HLF Search-7 | 001-0004 | A Story of Growth and Prosperity | |
| HLF Search-8 | 001-0082 | IRS form 8734 for the HLF dated 4/1/1994 | |
| HLF Search-9 | 001-0120 001-0248 001-0117 001-0118 001-0252 | Pacific Bell Bills (213)568-9164 (310)568-9164 | |
| HLF Search-10 | 001-0116 | Southwestern Bell Bill dated 9/5/92 (214)699-9868 | |
| HLF Search-11 | 001-0260 | GTE Telephone Bill dated 1/4/1996 | |
| HLF Search-12 | 001-0121 | Airphone bills for El Mezain Acct 3783-647335-91006 | |
| HLF Search-13 | 001-0081 | Article entitled The Concept of Charity in Islam dated 10/14/1994 | |
| HLF Search-14 | 001-0016 | Book entitled the Jihadist School | |
| HLF Search-15 | 001-0018 | Invoice from Al-Nujoom to HLF | |
| HLF Search-16 | 001-0021 | List of overseas and local speakers | |
| HLF Search-17 | 001-0022 | Check #3541 From HLF to Mufid Abdulqader 1/4/00 $1000 | |
| HLF Search-18 | 001-0072 | HLF Eid Bonuses dated 1/4/2000 | |
| HLF Search-19 | 001-0023 | Check #3900 From HLF to Mufid Abdulqader 4/27/00 $1000 | |
| HLF Search-20 | 001-0019 | Payment to Mufid Abdulqader from HLF dated 4/27/2000 | |
| HLF Search-21 | 001-0043 | Travel Itinerary dated 1/1/99 for Mufid Abdulqader | |
| HLF Search-22 | 001-0044 | Travel Itinerary dated 12/21/99 for Mufid Abdulqader | |
| HLF Search-23 | 001-0340 | List of Names, Dates, Cities, and Amounts Received | |
| HLF Search-24 | 001-0074 | Letter from Ahmed Yousef to Shukri Abu Baker dated 6/3/1999 | |
| HLF Search-25 | 001-0056 | Letter dated 11/29/1996 from Sultan Mahmoud Mahmoud | |
| HLF Search-26 | 001-0237 | HLF donor list | |
| HLF Search-27 | 001-0343 | 1994 Audio Tape and Translation | |
| HLF Search-28 | 001-0348 | Audio Tape #1704 and Translation | |

| | | | |
|---|---|---|---|
| HLF Search-29 | 001-0054 | Folder entitled HLF Fatawi | |
| HLF Search-30 | 001-0197 | Clipped photograph from newspaper article | |
| HLF Search-31 | 001-0147 | Document Entitled Ahmed Yassin-One Year Anniversary of Imprisonment | |
| HLF Search-32 | 001-0321 | Video Tape #2158 | |
| HLF Search-33 | | ICS Hebron Supporting Documentation for Financial Schedules | |
| HLF Search-34 | | RESERVED | |
| HLF Search-35 | | Jenin Zakat Supporting Documentation for Financial Schedules | |
| HLF Search-36 | 001-0269 | Funds Transfer Notifications | |
| HLF Search-37 | | Nablus Zakat Supporting Documentation for Financial Schedules | |
| HLF Search-38 | | Ramallah Zakat Supporting Documentation for Financial Schedules | |
| HLF Search-39 | | Tulkarem Zakat Supporting Documentation for Financial Schedules | |
| HLF Search-40 | | Qalqilia Zakat Supporting Documentation for Financial Schedules | |
| HLF Search-41 | | Bethlehem Orphan Care Society Supporting Documentation for Financial Schedules | |
| HLF Search-42 | | Islamic Center of Gaza Supporting Documentation for Financial Schedules | |
| HLF Search-43 | | Islamic Society/Islamic Association of Gaza Supporting Documentation for Financial Schedules | |
| HLF Search-44 | | Islamic Relief Agency (Committee) Supporting Documentation for Financial | |

**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST - PAGE 5**

| | | Schedules | |
|---|---|---|---|
| HLF Search-45 | | Islamic Science and Culture Supporting Documentation for Financial Schedules | |
| HLF Search-46 | | RESERVED | |
| HLF Search-47 | | HLF Computer (Dallas) | |
| HLF Search-48 | | Al Salah Supporting Documentation for Financial Schedules | |
| HLF Search-49 | | Abu Aker Supporting Documentation for Financial Schedules | |
| HLF Search-50 | | HLF Computer (Newark) | |
| HLF Search-51 | | HLF Computer (Chicago) | |
| HLF Search-52 | 001-0357 | Fax in Arabic Listing Addresses | |
| HLF Search-53 | HLDL2160 000234 | Picture | |
| HLF Search-54 | HLDL2150 000456 | Picture | |
| HLF Search-55 | HLDL2150 000458 | Picture | |
| HLF Search-56 | HLDL2220 000963 | Picture | |
| HLF Search-57 | HLDL2150 000470 | Picture | |
| HLF Search-58 | HLDL2150 000344 | Picture | |
| HLF Search-59 | HLDL2150 000498 | Picture | |
| HLF Search-60 | HLDL2160 000574 | Picture | |
| HLF Search-61 | HLDL2160 000572 | Picture | |
| HLF Search-62 | | Herzollah Supporting Documentation for Financial Schedules | |
| HLF Search-63 | | RESERVED | |

| | | | |
|---|---|---|---|
| HLF Search-64 | | RESERVED | |
| HLF Search-65 | | RESERVED | |
| HLF Search-66 | 001-0304 | Office Depot receipt | |
| HLF Search-67 | 001-0306 | Fund Transfer notifications from various dates | |
| HLF Search-68 | 001-0309 | Project Summary Reports dated 1/26/1993 and 9/18/1992 | |
| HLF Search-69 | | RESERVED | |
| HLF Search-70 | 001-0318 | Video Tape #2116 | |
| HLF Search-71 | 001-0314 | Video Tape #2123 | |
| HLF Search-72 | 001-0324 | Video Tape #972 | |
| HLF Search-73 | 001-0325 | Video Tape #980 | |
| HLF Search-74 | 001-0350 | Audio Tape #1706 and Translation | |
| HLF Search-75 | 001-0317 | Video Tape #187 | |
| HLF Search-76 | 001-0030 | Letter from Young Men's Muslim Society to HLF dated  7/3/1994 | |
| HLF Search-77 | 001-0069 | Letter to Cairo Amman Bank from Kamal al-Tamimi dated 5/9/2001 | |
| HLF Search-78 | 001-0156 | Credit invoice for the OLF dated 12/17/1989 | |
| HLF Search-79 | 001-0307 | HLF Wire Transfer Request form dated 9/18/2000, and other orphan and needy family documents | |
| HLF Search-80 | | RESERVED | |
| HLF Search-81 | 001-0048 | Manual containing a letter from Jenin Zakat Committee to the HLF date 4/6/1999 | |
| HLF Search-82 | 001-0078 | Contract for HLF loan to Al Razi Hospital dated 4/24/1998 | |
| HLF Search-83 | 001-0152 | Fawaz Hamad's Curriculum Vitae | |
| HLF Search-84 | 001-0177 | Manual containing a synopsis about the Tulkarem Zakat Committee | |
| HLF Search-85 | 001-0026 | Letter to HLF from Islamic Society dated 12/24/1999 | |
| HLF Search-86 | 001-0093 | HLF Family Form and related documentation | |
| HLF Search-87 | 001-0006 | Document Entitled List of Overseas Speakers | |
| HLF Search-88 | 001-0334 | IAP Electoral Program Booklet | |

| | | | |
|---|---|---|---|
| HLF Search-89 | 001-0088 | Jam joom Advanced Technology request for issuance of visa for Shukri Abu Baker and Akram Mishal, dated 4/21/2001 | |
| HLF Search-90 | 001-0136 | Letter from HLF dated 6/18/2001 to Kingdom of Saudi Arabia | |
| HLF Search-91 | 001-0195 | Letter from Shihan Hale to Shukri Abu Baker dated 7/29/2000 | |
| HLF Search-92 | 001-0051 | IAP Contact List 3/5/1997 | |
| HLF Search-93 | 001-0241 | HLF In/Out Report 12/4/1996-12/31/1996 | |
| HLF Search-94 | 001-0347 | Donation form for Sultan Mahmoud | |
| HLF Search-95 | | RESERVED | |
| HLF Search-96 | | RESERVED | |
| HLF Search-97 | 001-0103 | Document entitled Revised Draft HLF Defense Against Emerson's Defamation | |
| HLF Search-98 | HLDL5300 00559 | Orphan's List | |
| HLF Search-99 | HLDL1970 000847 | Service Agreement | |
| HLF Search-100 | HLDL9700 03271 | Magazine Article | |
| HLF Search-101 | HLDL7200 06127 | Photos | |
| HLF Search-102 | HLDL7200 05200 | School Backpack Report | |
| HLF Search-103 | 001-0081 (2) | Articles | |
| HLF Search-104 | | "A Summary about …Schools" | |
| HLF Search-105 | 001-0002 | A summary about Al Mojama Al Islami | |
| HLF Search-106 | 001-0132 | Middle East Affairs Journal dated Summer/Fall 1998 | |
| HLF Search-107 | 001-0133 | Middle East Affairs Journal dated Winter/Spring 1998 | |
| HLF Search-108 | 001-0134 | Middle East Affairs Journal dated Summer/Fall 1996 | |
| HLF Search-109 | 001-0174 | Odeh Book "A Study of Hamas" | |

| | | | |
|---|---|---|---|
| HLF Search-110 | 001-0312 | Video Tape #509 | |
| HLF Search-111 | 001-0313 | Video Tape #1659 | |
| HLF Search-112 | 001-0315 | Video Tape #1639 | |
| HLF Search-113 | 001-0316 | Video Tape #825 | |
| HLF Search-114 | 001-0326 | Video Tape #2118 | |
| HLF Search-115 | 001-0017 | Coastal Telephone Bill (214)699-9868 | |
| HLF Search-116 | 001-0182 | Coastal Telephone Bill dated 1/31/1997 | |
| HLF Search-117 | 001-0258 | AT&T bill dated 4/1/1995 | |
| HLF Search-118 | 001-0183 | Qwest Telephone Bill dated 9/1/1998 | |
| HLF Search-119 | 001-0203 | Sprint Bill Acct #154872500 dated 3/10/1994 | |
| HLF Search-120 | 001-0062 | MCI Telephone Bill 6/28/2001 | |
| HLF Search-121 | 001-0236 | MCI Telephone Bill Acct #2146906069 599 0 dated 4/1/1994 | |
| HLF Search-122 | 001-0329 | MCI Telephone Bill 12/17/90 | |
| HLF Search-123 | 001-0184 | MCI Telephone Bill dated 3/11/1996 | |
| HLF Search-124 | 001-0319 | Video Tape #1638 | |
| HLF Search-125 | 001-0320 | Video Tape #1640 & #2474 | |
| HLF Search-126 | 001-0322 | Video Tape #2475 | |
| HLF Search-127 | 001-0323 | Video Tape #1651 | |
| HLF Search-128 | 001-0327 | Video Tape #2122 | |
| HLF Search-129 | 001-0066 | Wire transfer notification and related documentation from 1/26/1998 | |
| HLF Search-130 | HLDL1370 012992 | Cellular One Telephone Bill (201)805-2690 | |
| HLF Search-131 | | Bitawi | |
| HLF Search-132 | 001-0010 | Agreement dated June 1994 | |
| HLF Search-133 | D1103 | | |
| HLF Search-134 | D1104 | | |
| HLF Search-135 | D1105 | | |
| HLF Search-136 | D1106 | | |
| HLF Search-137 | D1107 | | |
| HLF Search-138 | | RESERVED | |

| | | | |
|---|---|---|---|
| HLF Search-139 | 1-338 | Document of Names of Needy Families and others, amounts and dates | |
| HLF Search-140 | HLDL7800 03466 | Yearly Transaction report for 1996 | |
| HLF Search-141 | HLDL7800 03541 | HLF New Jersey yearly activities report for October 1996 | |
| HLF Search-142 | HLDL3000 0550 | Calendar page noting how much was raised at a June 1998 San Diego event while Mufid was present | |
| HLF Search-143 | 30000849 | Daily planner entry regarding Mufid and $10,000 raised in Austin, TX March 1999 | |
| HLF Search-144 | 220000534 | Memo showing EID bonuses paid to Mufid | |
| HLF Search-145 | 220002452 | Check stub for Mufid for $3489 for San Diego and Florida events September 12, 2000 | |
| HLF Search-146 | 132000021 5 | Calendar entry for 6/16/01 showing Mufid and the band played at Holiday Inn in San Diego | |
| HLF Search-147 | HLCG4200 00108 | List of expenses - Mufid | |
| HLF Search-148 | | List of Donors | |
| | | | |
| Infocom Search-1 | 002-0068 | Letter dated 6/6/1997 from Shukri Abu Baker | |
| Infocom Search-2 | 002-0118 | Article dated 4/18/1998 | |
| Infocom Search-3 | 002-0038 | Project Summary Report dated 8/10/1992 | |
| Infocom Search-4 | 002-0039 | Project Summary Report dated 10/25/1994 | |
| Infocom Search-5 | 002-0069 | Letter from OKC regarding the donation made by HLF to the Disaster Relief Fund on 8/15/95 | |
| Infocom Search-6 | 002-0021 | Document entitled The General Political Situation and its Ramifications on Work in America dated 10/3/1993 | |

**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST - PAGE 10**

| | | | |
|---|---|---|---|
| Infocom Search-7 | 002-0077 | Handwritten letter to OLF from Hassan Elmansouri dated 5/30/1990 | |
| Infocom Search-8 | 002-0078 | Handwritten letter from Ghayth Ahmad Nofeir - undated | |
| Infocom Search-9 | 002-0080 | Letter from Ibrahim Al Kurdi on OLF letterhead | |
| Infocom Search-10 | 002-0011 | Correspondence to/from Shukri Abu Baker to Asmaa Al Saieh during 1991 | |
| Infocom Search-11 | 002-0134 | Wall Street Journal Article "How to Really Fight Terrorism" Found in Ghassan's Office | |
| Infocom Search-12 | 002-0136 | News Article entitled "Kindergartens and Killing: A Guide to Hamas" | |
| Infocom Search-13 | | Islamic Charity Hebron Supporting Documentation for Financial Schedules | |
| Infocom Search-14 | | Jenin Zakat Supporting Documentation for Financial Schedules | |
| Infocom Search-15 | | Nablus Zakat Supporting Documentation for Financial Schedules | |
| Infocom Search-16 | | Ramallah Zakat Supporting Documentation for Financial Schedules | |
| Infocom Search-17 | | Tulkarem Zakat Supporting Documentation for Financial Schedules | |
| Infocom Search-18 | | Qalqilia Zakat Supporting Documentation for Financial Schedules | |
| Infocom Search-19 | | Bethlehem Orphan Care Society Supporting Documentation for Financial Schedules | |
| Infocom Search-20 | | Islamic Center of Gaza Supporting Documentation for Financial Schedules | |

| | | | |
|---|---|---|---|
| Infocom Search-21 | | Islamic Society/Islamic Association of Gaza Supporting Documentation for Financial Schedules | |
| Infocom Search-22 | | Islamic Relief Agency (Committee) Supporting Documentation for Financial Schedules | |
| Infocom Search-23 | 002-0189 | Special Events Department Report dated 3/3/1996 | |
| Infocom Search-24 | 002-0190 | Bank One Acct #1613 ICC Check to Marzook $1600 9/24/1992 (7A-1) | |
| Infocom Search-25 | 002-0165 | Expelled folder with list of names inside | |
| Infocom Search-26 | 002-0151 | Video Tape #110 | |
| Infocom Search-27 | 002-0158 | Video Tape #1034 | |
| Infocom Search-28 | 002-0009 | Pamphlet containing information on Charitable Committees | |
| Infocom Search-29 | 002-0044 | Project Summary Report 6/8/1994 | |
| Infocom Search-30 | 002-0022 | Handwritten letter to Abu Ibrahim from Fawaz | |
| Infocom Search-31 | 002-0024 | Handwritten letters from Shukri Abu Baker dated 4/2/1992 | |
| Infocom Search-32 | 002-0047 | Project Summary Report 10/10/1991 | |
| Infocom Search-33 | 002-0111 | Pamphlet for Patients Friends Society | |
| Infocom Search-34 | 002-0113 | Correspondence from Patients Friends Society | |
| Infocom Search-35 | 002-0101 | Security Document | |
| Infocom Search-36 | 002-0023 | Request for Visa to Saudi Arabia for Mishal | |
| Infocom Search-37 | 002-0179 | Executive Order 12947 | |
| Infocom Search-38 | 002-0063 | Background on the Omnibus Terrorism Act | |
| Infocom Search-39 | 002-0013 | Handwritten receipt from Rasha Al Adloni | |
| Infocom Search-40 | 002-0018 | Photograph of Dar El Salam Hospital | |

| | | | |
|---|---|---|---|
| Infocom Search-41 | 002-0019 | Photograph of Raed Salah | |
| Infocom Search-42 | 002-0020 | Photograph of Raed Salah | |
| Infocom Search-43 | 002-0041 | Project Summary Report 11/8/1994 | |
| Infocom Search-44 | 002-0110 | Request for Transfer of Funds and related documentation dated 9/22/1993 | |
| Infocom Search-45 | 002-0042 | Project Summary Report 8/10/1992 | |
| Infocom Search-46 | 002-0053 | Project Summary Report undated-needy families | |
| Infocom Search-47 | 002-0053 | Second part of 002-0053 | |
| Infocom Search-48 | 002-0043 | Project Summary Report 8/10/1992 | |
| Infocom Search-49 | 002-0012 | Report from Islamic Complex 9/6/1994 | |
| Infocom Search-50 | 002-0056 | Project Summary Report 9/18/1992 | |
| Infocom Search-51 | D1019 | Trip Report to Occupied Territories 7/16-8/3/91 | |
| Infocom Search-52 | SW187000 0301 | Orphan's List 7/5/95 | |
| Infocom Search-53 | 002-0054 | Project Summary Report 11/8/1994 | |
| Infocom Search-54 | 002-0055 | Project Summary Report 11/8/1994 | |
| Infocom Search-55 | | OFAC Meeting sign-in sheet | |
| Infocom Search-56 | 002-0150 | Video Tape #2398 | |
| Infocom Search-57 | 002-0152 | Video Tape #863 | |
| Infocom Search-58 | 002-0002 | Letter to CBS regarding HLF from Al Mojama | |
| Infocom Search-59 | 002-0003 | Letter to CBS regarding HLF from Islamic Science Comm. | |
| Infocom Search-60 | 002-0004 | Letter to CBS regarding HLF from Islamic Society of Gaza | |
| Infocom Search-61 | 002-0005 | Letter to CBS regarding HLF from Islamic University of Gaza | |
| Infocom Search-62 | 002-0006 | Letter to CBS regarding HLF from Al Salah | |
| Infocom Search-63 | 002-0035 | Letter to CBS regarding HLF from Ramallah Zakat Committee | |
| Infocom Search-64 | 002-0037 | Letter to CBS regarding HLF from Dr. Abdel Raheem Hanbali | |
| Infocom Search-65 | 002-0154 | Video Tape #919 | |
| Infocom Search-66 | 002-0155 | Video Tape #946 | |
| Infocom Search-67 | 002-0156 | Video Tape #898 | |

| | | | |
|---|---|---|---|
| Infocom Search-68 | 002-0157 | Video Tape #176 | |
| Infocom Search-69 | 002-0115 | List of unindicted co-conspirators in World Trade Center case | |
| Infocom Search-70 | 002-0008 | Article, Jerusalem Post 3/18/1996 | |
| Infocom Search-71 | 002-0073 | Request for Extradition of Marzook to Israel | |
| Infocom Search-72 | 002-0107 | Grant Request Islamic Association for Palestine dated 1/3/1994 | |
| Infocom Search-73 | 002-0137 | News Article entitled "Hamas Leader, Deport him, but not to Israel" re: Mousa Abu Marzook | |
| Infocom Search-74 | | Islamic Science and Culture Supporting Documentation for Financial Schedules | |
| Infocom Search-75 | | RESERVED | |
| Infocom Search-76 | SW062 0001284 | | |
| Infocom Search-77 | | Al Salah Supporting Documentation for Financial Schedules | |
| Infocom Search-78 | | VTIN70 | |
| Infocom Search-79 | | VTIN71 | |
| Infocom Search-80 | | VTIN72 | |
| Infocom Search-81 | | RESERVED | |
| Infocom Search-82 | | Shukri Letter to Phoenix 7/25/1995 | |
| Infocom Search-83 | 002-0030 | Letter from Shukri Abu Baker to Sheik Omar Ahmad Badahdah dated 2/17/1991 | |
| Infocom Search-84 | 002-0071 | "Terrorism and the Middle East Peace Process: The Origins and Activities of Hamas in the United States" Testimony by Steven Emerson | |
| | | | |
| Mushtaha Search-1 | 022-0022 | Video Tape Q4.30 | |
| Mushtaha Search-2 | 022-0005 | Video Tape #Q4.72 | |
| Mushtaha Search-3 | | Video Tape #Q4.58 | |
| Mushtaha Search-4 | 022-0002 | Book entitled Jihadist School | |

| | | | |
|---|---|---|---|
| Mushtaha Search-5 | 022-0006 | Letter | |
| Mushtaha Search-6 | 022-0012 | Video Tape Q4.51 | |
| Mushtaha Search-7 | 022-0013 | Video Tape Q4.38 | |
| Mushtaha Search-8 | 022-0018 | VTFM00019 | |
| Mushtaha Search-9 | 022-0019 | VTFM00022 | |
| Mushtaha Search-10 | 022-0020 | VTFM00023 | |
| Mushtaha Search-11 | 022-0021 | VTFM00024 | |
| Mushtaha Search-12 | 022-0023 | VTFM00026 | |
| Mushtaha Search-13 | 022-0014 | VTFM00037 | |
| Mushtaha Search-14 | 022-0016 | VTFM00039 | |
| Mushtaha Search-15 | | VTFM00029 | |
| Mushtaha Search-16 | | VTFM00033 | |
| | | | |
| | | **Wiretaps** | |
| | | | |
| Abdulqader Wiretap-1 | 018-0005 | 1/2/00 22:54 | |
| Abdulqader Wiretap-1A | 018-0006 | Audio | |
| Abdulqader Wiretap-2 | 018-0003 | | |
| Abdulqader Wiretap-2A | 018-0004 | Audio | |
| | | | |
| Ashqar Wiretap-1 | 016-0025 | No Date Available | |
| Ashqar Wiretap-1A | 016-0026 | Audio | |
| Ashqar Wiretap-2 | 016-0015 | No Date Available | |
| Ashqar Wiretap-2A | 016-0016 | Audio | |
| Ashqar Wiretap-3 | 016-0003 | 1/22/94 11:32 | |
| Ashqar Wiretap-3A | 016-0004 | Audio | |
| Ashqar Wiretap-4 | 016-0027 | No Date Available | |
| Ashqar Wiretap-4A | 016-0028 | Audio | |
| Ashqar Wiretap-5 | 016-0013 | 3/16/94 10:19 | |
| Ashqar Wiretap-5A | 016-0014 | Audio | |
| Ashqar Wiretap-6 | 016-0007 | 2/24/94 0:00 | |
| Ashqar Wiretap-6A | 016-0008 | Audio | |
| | | | |
| Baker Wiretap-1 | 013-0023 | 12/8/97 23:12 | |
| Baker Wiretap-1A | 013-0024 | Audio | |
| Baker Wiretap-2 | 013-0168 | 4/1/96 14:58 | |
| Baker Wiretap-2A | 013-0169 | Audio | |
| Baker Wiretap-3 | | RESERVED | |
| Baker Wiretap-3A | | RESERVED | |
| Baker Wiretap-4 | 013-0198 | 1/11/96 9:50 | |

**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST – PAGE 15**

| | | | |
|---|---|---|---|
| Baker Wiretap-4A | 013-0199 | Audio | |
| Baker Wiretap-5 | 013-0009 | 5/25/99 18:58 | |
| Baker Wiretap-5A | 013-0010 | Audio | |
| Baker Wiretap-6 | 013-0141 | 1/16/99 21:48 | |
| Baker Wiretap-6A | 013-0142 | Audio | |
| Baker Wiretap-7 | 013-0139 | 7/9/98 10:23 | |
| Baker Wiretap-7A | 013-0140 | Audio | |
| Baker Wiretap-8 | 013-0087 | 6/30/98 20:13 | |
| Baker Wiretap-8A | 013-0088 | Audio | |
| Baker Wiretap-9 | 013-0155 | 3/4/96 10:19 | |
| Baker Wiretap-9A | 013-0156 | Audio | |
| Baker Wiretap-10 | 013-0011 | 8/1/97 19:26 | |
| Baker Wiretap-10A | 013-0012 | Audio | |
| Baker Wiretap-11 | 013-0083 | 4/23/96 21:18 | |
| Baker Wiretap-11A | 013-0084 | Audio | |
| Baker Wiretap-12 | 013-0038 | 12/2/99 12:55 | |
| Baker Wiretap-12A | 013-0039 | Audio | |
| Baker Wiretap-13 | 013-0047 | 1/25/97 11:24 | |
| Baker Wiretap-14 | 013-0077 | 1/25/99 17:45 | |
| Baker Wiretap-14A | 013-0078 | Audio | |
| Baker Wiretap-15 | 013-0121 | 4/18/99 0:00 | |
| Baker Wiretap-16 | 013-0124 | 12/1/99 11:03 | |
| Baker Wiretap-16A | 013-0125 | Audio | |
| Baker Wiretap-17 | 013-0146 | 9/30/00 19:02 | |
| Baker Wiretap-18 | 013-0163 | 8/12/99 14:23 | |
| Baker Wiretap-18A | 013-0164 | Audio | |
| Baker Wiretap-19 | 013-0165 | 2/21/98 1:33 | |
| Baker Wiretap-20 | 013-0112 | 6/21/99 17:12 | |
| Baker Wiretap-20A | 013-0113 | Audio | |
| Baker Wiretap-21 | 013-0170 | 2/10/96 20:02 | |
| Baker Wiretap-21A | 013-0171 | Audio | |
| Baker Wiretap-22 | 013-0184 | 1/28/97 20:40 | |
| Baker Wiretap-23 | 013-0001 | 1/31/97 20:08 | |
| Baker Wiretap-23A | 013-0002 | Audio | |
| Baker Wiretap-24 | 013-0176 | 12/12/99 14:18 | |
| Baker Wiretap-24A | 013-0177 | Audio | |
| Baker Wiretap-25 | 013-0106 | 1/30/00 11:02 | |
| Baker Wiretap-25A | 013-0107 | Audio | |
| Baker Wiretap-26 | 013-0051 | 10/13/97 12:17 | |
| Baker Wiretap-26A | 013-0052 | Audio | |

| | | | |
|---|---|---|---|
| Baker Wiretap-27 | 013-0053 | 8/2/98 16:32 | |
| Baker Wiretap-27A | 013-0054 | Audio | |
| Baker Wiretap-28 | 013-0063 | 8/22/98 10:52 | |
| Baker Wiretap-29 | 013-0049 | 12/9/99 17:23 | |
| Baker Wiretap-29A | 013-0050 | Audio | |
| Baker Wiretap-30 | 013-0194 | 9/17/95 21:03 | |
| Baker Wiretap-30A | 013-0195 | Audio | |
| Baker Wiretap-31 | 013-0003 | 4/15/96 21:29 | |
| Baker Wiretap-31A | 013-0004 | Audio | |
| Baker Wiretap-32 | 013-0188 | 10/6/97 22:48 | |
| Baker Wiretap-32A | 013-0189 | Audio | |
| Baker Wiretap-33 | SBFS91 | 11/29/99 11:46 | |
| Baker Wiretap-33A | | Audio | |
| Baker Wiretap-34 | | RESERVED | |
| Baker Wiretap-34A | | RESERVED | |
| Baker Wiretap-35 | 013-0017 | 04/19/1996 22:06:43 | |
| Baker Wiretap-35A | 013-0018 | Audio | |
| Baker Wiretap-36 | 013-0072 | 10/08/1997 12:11:10 | |
| Baker Wiretap-37 | 013-0021 | 08/02/1995 9:16:49 | |
| Baker Wiretap-37A | 013-0022 | Audio | |
| | | | |
| El-Mezain Wiretap-1 | | Faxes | |
| El-Mezain Wiretap-2 | 015-0015 | 4/19/95 17:06 | |
| El-Mezain Wiretap-2A | 015-0016 | Audio | |
| El-Mezain Wiretap-3 | 015-0131 | 10/24/94 0:00 | |
| El-Mezain Wiretap-3A | 015-0132 | Audio | |
| El-Mezain Wiretap-4 | 015-0021 | 1/22/95 11:10 | |
| El-Mezain Wiretap-4A | 015-0022 | Audio | |
| El-Mezain Wiretap-5 | 015-0094 | 1/24/95 12:02 | |
| El-Mezain Wiretap-5A | 015-0095 | Audio | |
| El-Mezain Wiretap-6 | 015-0092 | 1/26/95 18:22 | |
| El-Mezain Wiretap-6A | 015-0093 | Audio | |
| El-Mezain Wiretap-7 | 015-0064 | 2/25/96 0:46 | |
| El-Mezain Wiretap-7A | 015-0065 | Audio | |
| El-Mezain Wiretap-8 | 015-0079 | 4/10/95 18:00 | |
| El-Mezain Wiretap-8A | 015-0080 | Audio | |
| El-Mezain Wiretap-9 | 015-0125 | 5/18/00 11:29 | |
| El-Mezain Wiretap-9A | 015-0126 | Audio | |
| El-Mezain Wiretap-10 | 015-0140 | Handwritten Letter | |
| El-Mezain Wiretap-11 | 015-0143 | | |

| | | | |
|---|---|---|---|
| El-Mezain Wiretap-11A | 015-0144 | Audio | |
| El-Mezain Wiretap-12 | | 2/27/95 12:15 | |
| El-Mezain Wiretap-12A | | Audio | |
| El-Mezain Wiretap-13 | 015-0070 | 10/28/94 17:25 | |
| El-Mezain Wiretap-13A | 015-0071 | Audio | |
| | | | |
| HLF Wiretap-1 | 014-0026 | 8/6/01 13:59 | |
| HLF Wiretap-1A | 014-0027 | Audio | |
| HLF Wiretap-2 | 014-0031 | 6/25/01 15:55 | |
| HLF Wiretap-2A | 014-0032 | Audio | |
| | | | |
| Philly Meeting-1 | 016-0047 | 10/1/93 0:00 | |
| Philly Meeting-1A | 016-0048 | Audio | |
| Philly Meeting-1E | | Excerpt | |
| Philly Meeting-2 | 016-0077 | MTGB  19931002  16 | |
| Philly Meeting-2A | 016-0078 | Audio | |
| Philly Meeting-2E | | Excerpt | |
| Philly Meeting-3 | 016-0049 | 10/1/93 0:00 | |
| Philly Meeting-3A | 016-0050 | Audio | |
| Philly Meeting-3E | | Excerpt | |
| Philly Meeting-4 | 016-0075 | MTGB  19931002  15 | |
| Philly Meeting-4A | 016-0076 | Audio | |
| Philly Meeting-4E | | Excerpt | |
| Philly Meeting-5 | 016-0067 | MTGB  19931002  11 | |
| Philly Meeting-5A | 016-0068 | Audio | |
| Philly Meeting-5E | | Excerpt | |
| Philly Meeting-6 | 016-0053 | MTGB  19931002  4 | |
| Philly Meeting-6A | 016-0054 | Audio | |
| Philly Meeting-6E | | Excerpt | |
| Philly Meeting-7 | 016-0069 | MTGB  19931002  12 | |
| Philly Meeting-7A | 016-0070 | Audio | |
| Philly Meeting-7E | | Excerpt | |
| Philly Meeting-8 | 016-0087 | MTGB  19931003  3 | |
| Philly Meeting-8A | 016-0088 | Audio | |
| Philly Meeting-8E | | Excerpt | |
| Philly Meeting-9 | 016-0083 | MTGB  19931003  1 | |
| Philly Meeting-9A | 016-0084 | Audio | |
| Philly Meeting-9E | | Excerpt | |
| Philly Meeting-10 | 016-0051 | MTGB  19931002  3 | |
| Philly Meeting-10A | 016-0052 | Audio | |

| | | | |
|---|---|---|---|
| Philly Meeting-10E | | Excerpt | |
| Philly Meeting-11 | 016-0063 | MTGB  19931002  9 | |
| Philly Meeting-11A | 016-0064 | Audio | |
| Philly Meeting-11E | | Excerpt | |
| Philly Meeting-12 | 016-0085 | MTGB  19931003  2 | |
| Philly Meeting-12A | 016-0086 | Audio | |
| Philly Meeting-12E | | Excerpt | |
| Philly Meeting-13 | 016-0059 | MTGB  19931002  7 | |
| Philly Meeting-13A | 016-0060 | Audio | |
| Philly Meeting-13E | | Excerpt | |
| Philly Meeting-14 | 016-0057 | | |
| Philly Meeting-14A | 016-0058 | Audio | |
| Philly Meeting-14E | | Excerpt | |
| Philly Meeting-15 | 016-0061 | | |
| Philly Meeting-15A | 016-0062 | Audio | |
| Philly Meeting-15E | | Excerpt | |
| Philly Meeting-16 | 016-0071 | | |
| Philly Meeting-16A | 016-0072 | Audio | |
| Philly Meeting-16E | | Excerpt | |
| Philly Meeting-17 | 016-0065 | | |
| Philly Meeting-17A | 016-0066 | Audio | |
| Philly Meeting-17E | | RESERVED | |
| Philly Meeting-18 | 016-0055 | | |
| Philly Meeting-18A | 016-0056 | Audio | |
| Philly Meeting-18E | | Excerpt | |
| | | | |
| Shabib Wiretap-1 | 017-0011 | 00/00/93 00:06:00 | |
| Shabib Wiretap-1A | 017-0012 | Audio | |
| Shabib Wiretap-2 | 017-0001 | 2/23/94 22:26 | |
| Shabib Wiretap-2A | 017-0002 | Audio | |
| Shabib Wiretap-3 | | RESERVED | |
| Shabib Wiretap-3A | | RESERVED | |
| | | | |
| | | **Domestic Bank Accounts** | |
| | | | |
| HLF Bank Account -1 | 005-0015 005-0067 005-0016 005-0176 005-0177 | HLF Bank One Acct #1258 | |

| | | | |
|---|---|---|---|
| HLF Bank Account -2 | 005-0068 | HLF Bank One Acct #1308 | |
| HLF Bank Account -3 | 005-0066 | HLF Bank of America Acct#8224 | |
| HLF Bank Account -4 | 005-0069 | Chase Manhattan Bank HLF Acct #2475 | |
| HLF Bank Account -5 | 005-0070 | Chase Manhattan Bank HLF Acct #2467 | |
| HLF Bank Account -6 | DLGJ3600 00763 | HLF Hudson United Bank Acct#1581 | |
| | | | |
| IE/Marzook Bank Acct - 1 | 005-0063 005-0131 005-0132 | Elbarasse/Marzook Central Fidelity Bank Acct #5414 | |
| IE/Marzook Bank Acct - 2 | 005-0133 005-0134 005-0135 005-0136 005-0137 005-0138 005-0139 005-0140 005-0141 005-0142 005-0143 005-0144 005-0145 005-0146 005-0147 005-0148 005-0149 005-0150 005-0151 005-0152 005-0153 005-0154 | Marzook/Elbarasse Central Fidelity Acct #8553 | |

| | | | |
|---|---|---|---|
| IE/Marzook Bank Acct - 3 | 005-0017<br>005-0071<br>005-0160<br>005-0161<br>005-0162<br>005-0163<br>005-0164<br>005-0165<br>005-0166<br>005-0167<br>005-0168<br>005-0169<br>005-0170<br>005-0171<br>005-0172 | Marzook/Elbarasse First American Bank of Virginia Acct #8179 | |
| Infocom Bank Acct - 1 | 005-0045<br>005-0188<br>005-0189<br>005-0190<br>005-0191<br>005-0192<br>005-0193<br>005-0194<br>005-0195<br>005-0196<br>005-0155 | Infocom Bank Acct#9309 | |
| Infocom Bank Acct - 2 | 005-0185<br>005-0186<br>005-0187 | ICC Bank One Acct #1613 | |
| Infocom Bank Acct - 3 | 005-0178<br>005-0019<br>005-0044 | ICC Bank of America Acct #7844 | |
| Infocom Bank Acct - 4 | 005-0179<br>005-0180<br>005-0181<br>005-0182<br>005-0183<br>005-0043 | ICC Bank of America Acct #3853 | |
| | | | |

| | | | |
|---|---|---|---|
| Marzook Bank Acct - 1 | 005-0075<br>005-0127<br>005-0065 | Marzook Ruston State Bank Acct #7083 | |
| Marzook Bank Acct - 2 | 005-0076<br>005-0173<br>005-0174 | Marzook Commerce Bank Acct #1598 | |
| Marzook Bank Acct - 3 | 005-0059<br>005-0061<br>005-0073<br>005-0090<br>005-0120<br>005-0128<br>005-0130<br>005-0046<br>005-0049<br>005-0050<br>005-0047<br>005-0048<br>005-0051<br>005-0052<br>005-0053<br>005-0055<br>005-0057<br>005-0060<br>005-0091<br>005-0092<br>005-0093<br>005-0094<br>005-0095<br>005-0096<br>005-0097<br>005-0098<br>005-0099 | Marzook/Nadia Central Fidelity Acct #9173 | |
| Marzook Bank Acct - 4 | 005-0058<br>005-0124<br>005-0125<br>005-0127<br>005-0123<br>005-0062 | Marzook/Nadia Ruston State Bank Acct #9212 | |

| | | | |
|---|---|---|---|
| Marzook Bank Acct - 5 | 005-0074<br>005-0156<br>005-0157<br>005-0158<br>005-0126 | Marzook/Nadia Central Bank Acct #2657 | |
| | | | |
| NAIT | 005-0001<br>005-0002<br>005-0003<br>005-0004<br>005-0005<br>005-0006<br>005-0007<br>005-0008<br>005-0009<br>005-0010<br>005-0011<br>005-0012<br>005-0013<br>005-0014<br>005-0023<br>005-0024<br>005-0025<br>005-0026<br>005-0042<br>005-0078 | NAIT Records 1988 and 1989 | |
| | | | |
| **Foreign Bank Accounts** | | | |
| | | | |
| Bank One Wires | 019-0004 | Arab Bank Wire Transfers | |
| | | | |
| HLF Foreign Acct 1 | 019-0001 | Bank of Palestine HLF/Gaza #4-01-86-101377 | |
| HLF Foreign Acct 2 | 019-0003 | Arab Land Bank #8/1/5401358/2010/2 Dar El Salam Hospital | |
| HLF Foreign Acct 3 | 019-0034 | Barclays/Mercantile #455054 HLF Jerusalem | |
| HLF Foreign Acct 4 | 019-0015 | Cairo Amman Bank Acct #4883 HLF | |

| | | | |
|---|---|---|---|
| HLF Foreign Acct 5 | 019-0016 | Cairo Amman Bank Acct #149760 HLF | |
| HLF Foreign Acct 6 | 019-0017 | Cairo Amman Bank Acct #5957 HLF | |
| HLF Foreign Acct 7 | 019-0024 | Arab Bank Acct #352680 HLF | |
| Islam Assoc/Gaza Acct | 019-0035 | Bank Hapoalim #277791 Islamic Association of Gaza | |
| Islamic Charity Acct 1 | 019-0028 | Arab Bank Acct #750049 Islamic Charitable Society of Hebron | |
| Islamic Relief Acct 1 | 019-0036 | Bank Hapoalim #275475 Islamic Relief Agency | |
| Islamic Relief Acct 2 | 019-0013 | NatWest Acct #0248402 Islamic Relief Agency | |
| Islamic S&C Acct 1 | 019-0031 | Arab Bank Acct #3683-8-510 Islamic Science and Culture | |
| Islamic S&C Acct 2 | 019-0033 | Barclays/Mercantile #454656 Islamic Science and Culture | |
| Jenin Zakat Acct 1 | 019-0009 | Arab Bank UK Acct #543079 Jenin Zakat Committee | |
| Jenin Zakat Acct 2 | 019-0010 | Arab Bank UK Acct #543087 Jenin Zakat Fund- The Hospital Account | |
| Jenin Zakat Acct 3 | 019-0022 | Cairo Amman Bank Acct #236400 Jenin Zakat Committee | |
| K&A Trading Acct | 019-0014 | Swiss Bank Acct #110441 Banque du Paris K&A Trading | |
| Nablus Zakat Acct 1 | 019-0007 | Arab Bank UK Acct #539438 Nablus Zakat Committee | |
| Nablus Zakat Acct 2 | 019-0025 | Arab Bank Acct #336510 Nablus Zakat Committee | |
| Qalqilia Zakat Acct 1 | 019-0008 | Arab Bank UK Acct #543117 Qalqilia Zakat Committee | |

| | | | |
|---|---|---|---|
| Qalqilia Zakat Acct 2 | 019-0021 | Cairo Amman Bank Acct #361866 Qalqilia Zakat Committee | |
| Qalqilia Zakat Acct 3 | 019-0029 | Arab Bank Acct #540939 Qalqilia Zakat Committee | |
| | | | |
| Ramallah Zakat Acct 1 | 019-0019 | Cairo Amman Bank Acct #111767 Ramallah Zakat Committee | |
| Ramallah Zakat Acct 2 | 019-0026 | Arab Bank Acct #610686 Ramallah Zakat Committee | |
| | | | |
| Tulkarem Zakat Acct 1 | 019-0006 | Arab Bank UK Acct #536447 Tulkarem Zakat Committee | |
| Tulkarem Zakat Acct 2 | 019-0020 | Cairo Amman Bank Acct #271237 Tulkarem Zakat Committee | |
| Tulkarem Zakat Acct 3 | 019-0030 | Arab Bank Acct #500010 Tulkarem Zakat Committee | |
| | **Certified Documents** | | |
| | | | |
| Designation-1 | 011-0004 | Certified Copy of the Designation and Blocking Memorandum for 5 Entities and 6 Individuals including Sheik Ahmed Ismail Yassin, Imad Khalil Al-Alami, Usama Hamdan, Khalid Mishaal, Musa Abu Marzouk, and Abdel Aziz Rantisi dated 8/21/2003 under Executive Order 13224 | |
| Designation-2 | | Executive Order 12947 | |
| Designation-3 | 011-0006 | Certified Copy of the Designation and Blocking Memorandum for Al-Aqsa Foundation and all of its Branches under Executive Order 13224 dated 5/28/2003 | |
| Designation-4 | 011-0007 | Certified Copy of the Blocking Memorandum for Mousa Abu Marzook under Executive Order 12947 dated 8/16/1995 | |

| | | | |
|---|---|---|---|
| Designation-5 | 011-0009 | Special Designation and Blocking Memorandum for Hamas and other organizations and individuals pursuant to the Executive Order of January 23, 1995, and Section 203 of the International Emergency Economic Powers Act, 50 USC 1701 ("IEEPA") dated 1/23/1995 | |
| Designation-6 | 011-0005 | Certified Copy of the Designation and blocking Memorandum for Al-Aqsa Islamic Bank, Beit El-Mal Holdings, and Holy Land Foundation under Executive Orders 13224 and 12947 dated 12/3/2001 | |
| | | | |
| Federal Register | 011-0001 | Federal Register Designation of Foreign Terrorist Organizations 1997-2003 | |
| | | | |
| HLF Tax-1 | 011-0019 | HLF Tax Return 1992 | |
| HLF Tax-2 | 011-0020 | HLF Tax Return 1993 | |
| HLF Tax-3 | 011-0021 | HLF Tax Return 1994 | |
| HLF Tax-4 | 011-0022 | HLF Tax Return 1995 | |
| HLF Tax-5 | 011-0023 | HLF Tax Return 1996 | |
| HLF Tax-6 | 011-0024 | HLF Tax Return 1997 | |
| HLF Tax-7 | 011-0025 | HLF Tax Return 1998 | |
| HLF Tax-8 | 011-0026 | HLF Tax Return 1999 | |
| HLF Tax-9 | 011-0027 | HLF Tax Return 2000 | |
| HLF Tax-10 | 011-0028 | Form 1023 OLF | |
| HLF Tax-11 | 011-0029 | Form 1045 OLF | |
| | | | |
| Marzook Tax-1 | | Marzook Tax Return 1992 | |
| Marzook Tax-2 | 011-0043 | Marzook Transcript 1992 | |
| Marzook Tax-3 | 011-0044 | Nadia's Transcript 1992 | |
| | | | |
| Secretary of State CA-1 | 011-0032 | State of California-Secretary of State re: Articles of Incorporation for OLF filed 1-11-1989 | |

| | | | |
|---|---|---|---|
| Secretary of State CA-2 | 011-0042 | State of California, Secretary of State Statement of Domestic Stock Corporation re: ICC | |
| Secretary of State CA-3 | 011-0033 | State of California-Secretary of State re: Domestic Corporation Certificate of Filing and Suspension and Articles of Incorporation for Islamic Association for Palestine dated 11/12/1986, Suspension 12/1/1988 | |
| | | | |
| Secretary of State MS-1 | 011-0034 | State of Mississippi-Secretary of State re: Articles of Incorporation for Al Aqsa Educational Fund, Inc. filed 1/26/1993 and Articles of Amendment to name the Corporation as a Non-Profit Organization. | |
| Secretary of State NJ-1 | 011-0038 | New Jersey Department of State re: Application of Certificate of Authority as to HLF dated 6/2/1994 | |
| | | | |
| Secretary of State TX-1 | 011-0013 | Secretary of State of Texas re: IAP 1990 Name | |
| Secretary of State TX-2 | 011-0035 | Assumed Name Certificate for an Incorporated Business or Profession for IAP | |
| Secretary of State TX-3 | 011-0002 | Secretary of State of Texas re: American Middle Eastern League of Palestine 1990 Article of Incorporation | |
| Secretary of State TX-4 | 011-0041 | Application for Certificate of Authority by a Non-Profit Corporation | |
| Secretary of State TX-5 | 011-0010 | Secretary of State of Texas re: IAP 1990 Assumed Name Certificate | |
| Secretary of State TX-6 | 011-0012 | Secretary of State of Texas re: IAP 1990 Incorporation Documents 1 | |

| | | | |
|---|---|---|---|
| Secretary of State TX-7 | 011-0017 | Secretary of State of Texas re: Infocom 1992 Article of Incorporation | |
| Secretary of State TX-8 | 011-0018 | Secretary of State of Texas re: ICC 1992 Article of Incorporation | |
| | | | |
| Secretary of State VA-1 | 011-0040 | 2003 Annual Report Commonwealth of Virginia State Corporation Commission re: United Association for Studies and Research, Inc. | |
| | | | |
| Bank Secrecy Form | New | Lack of Filing of CTR | |
| | | | |
| **Defensive Shield** | | | |
| | | | |
| GOI - 1 | 006-0059 | videotape of kindergarten ceremony from Islamic Society of Gaza | |
| GOI - 2 | 006-0104 | GOI designation of zakat committees | |
| GOI - 3 | | GOI Designation of Abu Aker | |
| | | | |
| ICS Hebron - 1 | 006-0006 | Hamas political document seized from offices of ICS-Hebron | |
| ICS Hebron - 2 | 006-0019 | Political pamphlet describing Hamas' position toward efforts to undermine the Intifada, dated 6/16/01 | |
| ICS Hebron - 3 | 006-0022 | Islamic Student Union ("kutla") document supporting Hamas and path of Jihad, dated 4/1/01 | |
| ICS Hebron - 4 | 006-0024 | Defending Muslim Land, by Abdallah Azam | |
| ICS Hebron - 5 | 006-0029 | Dec. 12, 1999 letter from the Hamas Prisoners Committee | |
| ICS Hebron - 6 | 006-0055 | Poster of Rifaat Eljubrah | |
| ICS Hebron - 7 | 006-0056 | Poster of Yaakub Adakidak | |

**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST - PAGE 28**

| | | | |
|---|---|---|---|
| ICS Hebron - 8 | 006-0060 | Poster of Al-Aqsa mosque with four Izz Al Din Al-Qassam members | |
| ICS Hebron - 9 | 006-0070 | Photo of Salah Schade, Commander of Izz al Din Al-Qassam, from ICS orphans school for girls | |
| ICS Hebron - 10 | 006-0089 | Hamas posters from computer hard drive from ICS orphans school | |
| ICS Hebron - 11 | 006-0075 | Framed poster of Shaheed Mouse Mohammad Salem Dudin, from Orphans School Dura | |
| ICS Hebron - 12 | 006-0058 | Videotape of school/camp ceremony from Young Muslim Society | |
| HLF Hebron - 1 | 006-0047 | HLF letter to Young Muslim Society re: support for summer camp, dated July 17, 2001 | |
| | | | |
| Jenin Zakat - 1 | 006-0021 | Internal Hamas document relating Hamas position on disengagement from Gaza, dated 5/23/94 | |
| Jenin Zakat - 2 | 006-0041 | Thank you letter re: project with Interpal, Al-Aqsa, CBSP and others, dated Dec. 1, 2001 | |
| Jenin Zakat - 3 | 006-0071 | Postcard of Sheik Ahmad Yassin | |
| Jenin Zakat - 4 | 006-0072 | Postcard of Abdel Aziz Rantisi | |
| Jenin Zakat - 5 | 006-0073 | Postcard of Machmud Khalewa, Hamas military commander | |
| Jenin Zakat - 6 | 006-0082 | Videotape of school ceremony sponsored by Jenin Zakat | |
| Jenin Zakat - 7 | 006-0026 | Letter re: changing terminology for summer camps | |
| | | | |
| Nablus Zakat - 1 | 006-0061 | Poster of Salah Darauze | |
| Nablus Zakat - 2 | 006-0076 | Postcard of two suicide bombers | |
| Nablus Zakat - 3 | 006-0077 | Keychain of Sheik Yassin & Yechya Ayash | |
| Nablus Zakat - 4 | 006-0079 | Keychain of Yechya Ayash | |
| Nablus Zakat - 5 | 006-0080 | School calendar | |

| | | | |
|---|---|---|---|
| Nablus Zakat - 6 | 006-0105 | Videotape of Hamas fighter | |
| | | | |
| Palestinian Auth. - 1 | 006-0001 | July 1, 1999 report from PA Preventive Security H.Q. in Bethlehem to PA Head of Security in Bethlehem | |
| Palestinian Auth. - 2 | 006-0003 | Document found in a file labeled "Hamas" in the PA General Security West Bank offices, discussing the sources of funding of Hamas inside and outside the Middle East. | |
| Palestinian Auth. - 3 | | RESERVED | |
| Palestinian Auth. - 4 | 006-0005 | PA Preventive Security document (letter), attaching what the PA describes as internal circulars from the Hamas Movement Dawa Leadership | |
| Palestinian Auth. - 5 | 006-0010 | list of 5 institutions closed by PA, including Al-Islah and Islamic Charitable Society, Al-Bireh | |
| Palestinian Auth. - 6 | 006-0013 | Letter to Saudi Emir Sulayman bid 'Abd al-Aziz, from Abu Mazen, on behalf of Arafat. | |
| Palestinian Auth. - 7 | 006-0015 | PA intelligence report re: Ramallah-Al Birah committee | |
| Palestinian Auth. - 8 | 006-0016 | PA intelligence report about Hamas, containing discussion of Ramallah-Al Birah zakat committee, with list of key members and affiliation | |
| Palestinian Auth. - 9 | 006-0018 | Letter to head of PA General Intelligence for Ramallah-Al-Bireh, identifying the Ramallah Zakat committee as belonging to Hamas | |

| | | | |
|---|---|---|---|
| Palestinian Auth. - 10 | 006-0039 | Dec. 10, 2000 PA intelligence report to Arafat reporting from the Lebanese arena about Hamas/Iz Al-Din AlQassam brigades. | |
| Palestinian Auth. - 11 | 006-0048 | PA document discussing the Holy Land Foundation, seized from the PA Headquarters in Ramallah | |
| Palestinian Auth. - 12 | 006-0049 | PA document re: Hamas fund-raising activities and members including Ghassan Harmas in Bethlehem Orphans Society, dated January 7, 1999 | |
| Palestinian Auth. - 13 | 006-0051 | PA document seized from PA headquarters in Ramallah discussing the HLF dated December 22, 2001. | |
| Palestinian Auth. - 14 | 006-0053 | Letter from PA Bethlehem concerning Hamas fund-raising within Israel | |
| | | | |
| Qalqilia Zakat - 1 | 006-0043 | three orphan forms | |
| | | | |
| Tulkarem Zakat - 1 | 006-0035 | Poster of Mahmud Salah Al Din, from Zeid Mosque, Tulkarem Zakat | |
| Tulkarem Zakat - 2 | 006-0038 | Poster of Jamal Salim & Jamal Montsur Al Din Drouze | |
| Tulkarem Zakat - 3 | 006-0057 | Poster of Yehya Ayyash holding boy | |
| Tulkarem Zakat - 4 | 006-0062 | Martyr poster | |
| Tulkarem Zakat - 5 | 006-0063 | Izz Al Din Martyrs Brigade claim of responsibility for Park Hotel bombing | |
| Tulkarem Zakat - 6 | 006-0064 | Poster of Park Hotel bomber Abdel Basset Odeh | |
| Tulkarem Zakat - 7 | 006-0066 | Photo of Imad Aqel | |
| Tulkarem Zakat - 8 | 006-0067 | Poster with Bin Laden images | |
| Tulkarem Zakat - 9 | 006-0068 | Poster with Arabic & Hebrew caption: "Jewish Society Will Definitely Fall Apart" | |

| | | | |
|---|---|---|---|
| Tulkarem Zakat- 10 | 006-0106 | Poster of Mousa Abu Marzook | |
| | | | |
| Al Islah - 1 | 006-0025 | goals for summer camp | |
| | | | |
| **Business Records** | | | |
| | | | |
| Amex -1 | 005-0027<br>005-0035<br>005-0036<br>005-0037 | American Express Bills Acct #3783-647335-93002-various dates 1993 and 1994 | |
| Amex -2 | 005-0028<br>005-0029<br>005-0030<br>005-0031<br>005-0032<br>005-0033<br>005-0034<br>005-0039<br>005-0040 | American Express Bill Acct #3783-647335-91006-various dates 1990 through 1992 | |
| | | | |
| Bell Atlantic - 1 | 005-0088 | Bell Atlantic Toll Records 703.931.5129 | |
| Bell Atlantic - 2 | 005-0089 | Bell Atlantic Toll Records 703.931.5127 | |
| | | | |
| Marriott | 021-0060 | Hotel records dated October 1993 | |
| | | | |
| MBNA 1 | MISC 314 | Mufid MBNA Account #2428 | |
| MBNA 2 | MISC 492<br>MISC 500<br>MISC 525<br>MISC 526<br>MISC 527 | Mufid MBNA Account #5713 | |
| | | | |
| New Jersey Bell | 005-0083 | New Jersey Bell Toll Records | |
| | | | |
| South Central Bell | 005-0084 | South Central Bell Toll Records | |

| Summary Charts | | | |
|---|---|---|---|
| | | | |
| Bank Accounts | 020-0066 | Bank Accounts | |
| Payments to IC/Hebron | 020-0003 | Islamic Charity Hebron | |
| Payments to Jenin Z. | 020-0005 | Jenin Zakat Committee | |
| Payments to Nablus Z. | 020-0006 | Nablus Zakat Committee | |
| Payments to Qalqilia Z. | 020-0007 | Qalqilia Zakat Committee | |
| Payments to Ramallah Z. | 020-0008 | Ramallah Zakat Committee | |
| Payments to Tulkarem Z. | 020-0009 | Tulkarem Zakat Committee | |
| Payments to Bethlehem OCS | 020-0010 | Bethlehem Orphan Care Society | |
| | | RESERVED | |
| Payments to IC/Gaza | 020-0019 | Islamic Center of Gaza | |
| Payments to IS/Assoc Gaza | 020-0014 | Islamic Society/Islamic Association of Gaza | |
| Payments to Islam RA | 020-0012 | Islamic Relief Agency (Committee) | |
| Payments to Islamic S&C | 020-0004 | Islamic Science and Culture | |
| Payments to K&A/Marzook | 020-0060 | K. Agha/K&A Trading & Marzook | |
| Payments to K&A Trading | 020-0016 | K. Agha/K&A Trading | |
| Marzook/Defendants | 020-0033 | Marzook/Defendants | |
| OLF 1988 Disbursements | 020-0055 | OLF 1988 Disbursements | |
| OLF 1989 Disbursements | 020-0056 | OLF 1989 Disbursements | |
| Payments to Hudson Bank | | Hudson Bank | |
| Payments to Al Salah | | Al Salah | |
| Payments to Abu Aker | | Abu Aker | |
| Payments to Herzollah | | Herzollah | |
| Payments/Ibrahimi Mosque | | Ibrahimi Mosque | |
| Marzook/UASR | | Marzook/UASR | |
| Marzook/IAP | | Marzook/IAP | |

| | | | |
|---|---|---|---|
| Summary Indictment Trans | | Summary of Indictment Transactions | |
| IC Hebron-Summary | | Connections between and among Islamic Charitable Society members, Hamas, and HLF | |
| Jenin Zakat-Summary | | Connections between and among Jenin zakat members, Hamas, and HLF | |
| Nablus Zakat-Summary | | Connections between and among Nablus zakat members, Hamas, and HLF | |
| Qalqilia Zakat-Summary | | Connections between and among Qalqilia zakat members, Hamas, and HLF | |
| Ramallah Zakat-Summary | | Connections between and among Ramallah zakat members, Hamas, and HLF | |
| Tulkarem Zakat-Summary | | Connections between and among Tulkarem zakat members, Hamas, and HLF | |
| Bethlehem OCS Summary | | Connections between and among Bethlehem Orphan Care society members, Hamas, and HLF | |
| | | RESERVED | |
| IC/Gaza Summary | | Connections between and among Islamic Center members, Hamas, and HLF | |
| IS/Assoc Gaza Summary | | Connections between and among Islamic Association members, Hamas, and HLF | |
| IRC Summary | | Connections between and among Islamic Relief Committee members, Hamas, and HLF | |
| Islamic S&C Summary | | Connections between and among Islamic Science and Culture members, Hamas, and HLF | |
| Philly Meeting Summary | | Philadelphia Meeting (Poster) | |
| | | | |
| **Sworn Statements** | | | |
| | | | |

| | | | |
|---|---|---|---|
| Baker Declaration | 008-0001 | Shukri Abu Baker Declaration | |
| Baker Deposition | 007-0002 | Shukri Abu Baker Deposition | |
| Boim Lawsuit Answer | 007-0004 | HLF Answer to Complaint 1/18/2001 | |
| El-Mezain Deposition | 007-0001 | Mohammad El Mezain Deposition | |
| | | | |
| | **Periodicals** | | |
| | | | |
| Al Zaytonia-1 | 021-0013 | Al Zaytonia Issue #16 | |
| Al Zaytonia-2 | 021-0022 | Al Zaytonia Issue #43 | |
| Ila Filistine-1 | 021-0003 | Ila Filistine Issue unknown | |
| Ila Filistine-2 | 021-0008 | Ila Filistine Issue #46-47 | |
| Ila Filistine-3 | 021-0002 | Ila Filistine Issue #25 | |
| Ila Filistine-4 | 021-0004 | Ila Filistine Issues #37-38 | |
| Ila Filistine-5 | 021-0005 | Ila Filistine Issue #39 | |
| | | | |
| | | | |
| | **Miscellaneous** | | |
| | | | |
| Hamas Charter-1 | 021-0061 | Hamas Charter IAP | |
| Hamas Charter-2 | 003-0012 | Charter of the Islamic Resistance Movement reprinted by the IAP | |
| Hamas Charter-3 | 003-0036 | HAMAS Charter | |
| Eye on America Video | 021-0068 | CBS News "Eye on America" 10/3/1994 | |
| German Doc-1 | 021-0063 | German Documents #58-59 | |
| German Doc-2 | 021-0064 | German Documents #60 | |
| German Doc-3 | 021-0065 | German Documents #67 | |
| German Doc-4 | 021-0066 | German Documents #68 | |
| Hamas Letter-1 | 021-0058 | Letter from Ibrahim Ghoshe to Orrin Hatch dated 8/1/1995 | |
| Hamas Letter-2 | 021-0059 | Letter from Ibrahim Ghoshe dated 10/25/1995 | |
| Levitt CV | 021-0076 | Matthew Levitt's Curriculum Vitae | |
| Marzook Phone Book | 005-0079 | Marzook Phone Book | |
| Maya Conf | 021-0062 | Tape "Maya Conf" | |
| OFAC - 1 | | Specially Designated Terrorist List | |
| OFAC - 2 | | List of Specially Designated Nationals | |

| | | | |
|---|---|---|---|
| U.N. General Assembly | | United Nations General Assembly Report 6-7-94 | |
| | | | |
| | | **Pictures** | |
| | | | |
| Philly Picture-1 | | Ismail Elbarasse | |
| Philly Picture-2 | | Ghassan Elashi | |
| Philly Picture-3 | | Ghassan and Shukri | |
| Philly Picture-4 | | Ghassan and Shukri | |
| Philly Picture-5 | | Haitham Maghawri photograph | |
| Philly Picture-6 | | Ashqar | |
| Philly Picture-7 | | RESERVED | |
| | | | |
| Picture-1 | 021-0075 | Jamal Issa photograph | |
| Picture-2 | 023-0014 | Shukri Baker photograph | |
| Picture-3 | 023-0016 | Ghassan Elashi photograph | |
| Picture-4 | 023-0013 | Mohammad El Mezain photograph | |
| Picture-5 | 023-0018 | Mufid Abdulqader photograph | |
| Picture-6 | 023-0017 | Abdelrahman Odeh photograph | |
| Picture-7 | 023-0001 | Khalid Mishal photograph | |
| Picture-8 | 023-0004 | Mousa Abu Marzook photograph | |
| Picture-9 | 023-0002 | Sheikh Ahmed Yassin photograph | |
| Picture-10 | 023-0003 | Abdel Aziz Rantisi photograph | |
| Picture-11 | 023-0005 | Mahmud Zahar photograph | |
| Picture-12 | 023-0006 | Jamil Hammami photograph | |
| Picture-13 | 023-0007 | Ibrahim Ghoshe photograph | |
| Picture-14 | 023-0008 | Mohamed Siam photograph | |
| Picture-15 | 023-0012 | Abdallah Azzam photograph | |
| Picture-16 | 023-0024 | Yehia Ayyash photograph | |
| Picture-17 | 023-0025 | Salah Shihada photograph | |
| Picture-18 | 023-0027 | Ismail Haniya photograph | |
| Picture-19 | | Imad Alami photograph | |
| Picture-20 | | Hamed Bitawi photograph | |
| Mushtaha House-1 | 024-0006 | Photographs of Marcial Peredo's house | |
| Mushtaha House-2 | 024-0027 | Tape found buried | |
| | | | |
| | | **Demonstrative Exhibits** | |
| | | | |
| Map-1 | | West Bank Map | |

| Map-2 | | Gaza Map | |
| Map-3 | | Middle East Map | |
| Map-4 | | World Map | |
| Map-5 | | Israel Map | |
| | | | |
| USAID-1 | 024-0080 | USAID Letter to Shukri Abu Baker 9/14/00 | |
| | | | |
| Demonstrative-1 | 024-0062 | Overseas Speakers List (poster) | |
| Demonstrative-2 | 024-0060 | Marzook Orders Security for OLF (HLF) (poster) | |
| Demonstrative-3 | 024-0056 | Example of HLF Following Directives Outlined in Manual Found at Infocom During Philadelphia Conference (poster) | |
| Demonstrative-4 | 024-0059 | HLF Officers Baker and Mishal Travel as Infocom Employees (poster) | |
| Demonstrative-5 | 024-0058 | HLF Conducts Tactical Surveillance Countermeasures (TSCM) Sweep (poster) | |
| Demonstrative-6 | 024-0007 | HLF's Familial Relationships to Hamas Leaders overseas | |
| Demonstrative-7 | 024-0026 | Chart of Shukri's Use of Samah | |
| Demonstrative-8 | | RESERVED | |
| Demonstrative-9 | | Hamas Charter Powerpoint | |
| Demonstrative-10 | 024-0075 | Video seized from Nablus | |
| Demonstrative-11 | 024-0077 | Hamas Charity Wing - the early 90's | |
| Demonstrative-12 | 024-0003 | Hamas Structure Diagram | |
| Demonstrative-13 | 024-0004 | Photo of Bombing | |
| Demonstrative-14 | 024-0005 | Timeline | |
| Demonstrative-15 | 024-0029 | Inception of HLF | |
| Demonstrative-16 | | HLF Phone Calls to Top Hamas Officials (Poster) | |
| Demonstrative-17 | | Hamas Leaders in the 1990's (Poster) | |
| Demonstrative-18 | | Count Summary (Poster) | |
| Demonstrative-19 | | Examples of Defendant Mufid Abdulqader's Fundraisers (Poster) | |

**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST - PAGE 37**

| Demonstrative-20 | | Bank Accounts (Poster) | |
|---|---|---|---|
| Demonstrative-21 | | Phone Calls Between Marzook and Defendants (Poster) | |
| | | | |

Dated:          September 22, 2008          Respectfully submitted,

RICHARD ROPER
United States Attorney

By: */s/ James T. Jacks*                                    
JAMES T. JACKS
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242
214.659.8600
214.767.2898  (facsimile)
Texas State Bar No. 10449500
jim.jacks@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2008, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Nancy Hollander
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Joshua L Dratel
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John W. Boyd
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave, Suite 700
Dallas, TX 75204

Linda Moreno
Law Office of Linda Moreno
2403 N. Washington Ave., # 320
Dallas, TX. 75204

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave, Suite 910
Fort Worth, TX 76102


 /s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney