IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ( |
| | ) |
| v. | ( CAUSE NO. 3:04-CR-240-P |
| | ) |
| HOLY LAND FOUNDATION, et al | ( |

## CERTIFICATION OF TRIAL EXHIBITS
## FOR JURY DELIBERATIONS

I have reviewed the trial exhibits to be presented to the jury during the deliberations and find that they are correct.

Dated this __11__ day of __NOV__, 2008.

_____        _____
Signature                                                           Signature

__Elizabeth J. Shapiro__                              __Nancy Hollander__
Printed Name                                                   Printed Name
Attorney for Government                              Attorney for Defendants